John A. Berg, OSB No. 120018
jberg@littler.com
Christine E. Sargent, OSB No. 172189
csargent@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison
Suite 900
Portland, OR  97204
Telephone:     503.221.0309
Fax No.:         503.242.2457

Attorneys for Defendant
Security Industry Specialists, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MARCIA WALKER,** | Case No.: |
| Plaintiff, | |
| v. | DEFENDANT'S NOTICE OF REMOVAL |
| **SECURITY INDUSTRY SPECIALISTS, INC.,** | |
| Defendant. | |

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Security Industry Specialists, Inc. ("Defendant"), by filing this Notice of Removal and related papers, removes this action from the Circuit Court of the State of Oregon for the County of Multnomah ("Multnomah County Circuit Court") to the United States District Court for the District of Oregon, Portland Division.  Defendant removes this case based on diversity jurisdiction as follows:

## NOTICE OF REMOVAL IS TIMELY.

1. On December 19, 2019, Plaintiff Marcia Walker ("Plaintiff") filed a civil action against Defendant in Multnomah County Circuit Court entitled *Marcia Walker v. Security Industry Specialists, Inc.,* Case No. 19CV54313.  Pursuant to 28 U.S.C. § 1446(a), Defendant attaches as Exhibits A, B, and C true and correct copies of all state court papers served on Defendant, and all records filed in the State Court Action as of this date, consisting of a Complaint, Summons, and Requests for Production to Defendant.

2. On December 24, 2019, Defendant accepted service of Plaintiff's Complaint.  *See* Exhibit B.  Therefore, Defendant timely files this Notice of Removal under 28 U.S.C. § 1446(b), *i.e.*, within 30 days after Defendant received the initial pleading.

3. Other than the above-referenced proceedings, no further proceedings have occurred in Multnomah County Circuit Court as of the date of filing this removal.

## COMPLETE DIVERSITY JURISDICTION EXISTS.

4. This action may be removed pursuant to 28 U.S.C. §§ 1332 and 1441 because the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff admits, on the face of her Complaint, that she seeks at least $550,000 in damages.  *See* Exhibit A.

6. Plaintiff maintained her domicile in Oregon at the time she commenced this action, and remains domiciled in Oregon as of the date of filing this Notice of Removal.  *See* Exhibit A, ¶ 1.

7. Defendant is a foreign entity incorporated under the laws of California.  *See* Exhibit A, ¶ 2; Declaration of Julia Prybyla, ¶¶ 3-4.  Defendant maintains its principal place of business in Culver City, California.  *Id.*  Therefore, Defendant is a citizen of California, and not Oregon, for

diversity purposes.

## REMOVAL TO THIS DISTRICT IS PROPER.

8. Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removal of the above-captioned state court action to this Court is appropriate.

9. Pursuant to 28 U.S.C. § 1441(a), removal is made to this Court as the District embracing the place where the state court action is pending.

10. Defendant has good and sufficient defenses to this action and does not waive any defenses, jurisdictional or otherwise, by filing this Notice of Removal.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant is providing to Plaintiff, through her counsel, written notice of the filing of this Notice of Removal.  Furthermore, Defendant is filing a copy of this Notice of Removal with the Clerk of Multnomah County Circuit Court, where the action was pending.

WHEREFORE, Defendant hereby removes this civil action from Multnomah County Circuit Court to this District Court.

Dated:  January 23, 2020

Respectfully submitted,

/s/ John A. Berg
John A. Berg, OSB No. 120018
Christine E. Sargent, OSB No. 172189
Littler Mendelson, P.C.

Attorneys for Defendant
Security Industry Specialists, Inc.