IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| MARCIA WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITY INDUSTRY SPECIALISTS,<br>INC., a California corporation,<br><br>    Defendant. | Case No. 19CV54313<br><br>PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |

**To:    Defendant and Its Attorneys:**

Pursuant to ORCP 36B and ORCP 43, Plaintiff requests that Defendant produce the documents and tangible things described below for inspection and copying:

### INSTRUCTIONS AND DEFINITIONS

A.    These requests do not require the production of any documents which are subject to the attorney-client privilege or other applicable privileges. If it is claimed that a document required for production is privileged or otherwise protected from discovery, provide a privilege log identifying each such document by its author, recipients (including distributees), date, subject matter, the number of the request for production to which the document would be responsive, and state the nature and basis of each claim of privilege.

Page   1 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit C
Page 1 of 10

B. If you object to any part of a document request, respond to all parts of such document request as to which you do not object, and to each part to which you do object and set forth a basis for each objection.

C. As used herein, "document(s)" refers to original papers, tapes, disks, or other substances on which communications, data, or information is recorded or stored, whether made by manual, mechanical, photographic or electronic process. This definition includes, but is not limited to, all drafts or superseded revisions of each document(s), and e-mail messages, and backup tapes and deleted records of e-mail messages.

D. As used herein, "document(s)" includes, but is not limited to: letters, memoranda, notes, witness statements, papers of any kind or character, pamphlets, brochures, books, ledgers, reports, receipts, invoices, bills, checks, purchase orders, contracts, agreements, evidence of indebtedness, schedules, calendars, diaries, minutes of meetings, and computer input or printouts.

E. As used herein, and unless otherwise specifically stated herein, "Defendant" includes, but is not limited to: **Security Industry Specialists, Inc.**, and all parent corporations and successors in interest of Defendant, and any and all present or former officers, directors, agents, employees, and all other persons, firms and corporations, acting or purporting to act on behalf of Defendant.

## TIME AND PLACE

The documents and tangible things requested herein shall be produced within forty-five (45) days of service of this request at Busse & Hunt, 521 American Bank Building, 621

Page   2 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
**BUSSE & HUNT**
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit C
Page 2 of 10

SW Morrison Street, Portland, Oregon 97205, or at such other time and place as may be agreed upon by the parties in the interim.

## DOCUMENTS AND TANGIBLE THINGS REQUESTED

**REQUEST NO. 1:** All documents pertaining or referring to Plaintiff or Plaintiff's employment, whether or not contained in a personnel file, including, but not limited to, any supervisor note, memorandum or file concerning Plaintiff's performance, any documents which measure or compare Plaintiff's performance to that of any co-worker, any documents concerning any praise of or complaint about Plaintiff's performance, any documents containing a job description for Plaintiff's position, any documents describing the duties of Plaintiff's position.

**RESPONSE:**

**REQUEST NO. 2:** All documents, notes, memos, reports or witness statements relative to any investigation conducted concerning Plaintiff, Plaintiff's work performance, or Plaintiff's report of an on-the-job injury.

**RESPONSE:**

**REQUEST NO. 3:** All work rules or performance standards which applied to Plaintiff at any time during her employment.

**RESPONSE:**

**REQUEST NO. 4:** All documents related, regarding or pertaining to any training or education provided to Plaintiff by Defendant.

**RESPONSE:**

Page 3 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit C
Page 3 of 10

**REQUEST NO. 5:** All training materials which were supplied to Plaintiff, or to Plaintiff's supervisor as to the training Plaintiff should receive or the counseling or corrective action which should be given in the event of any perceived deficiency in Plaintiff's performance.

**RESPONSE:**

**REQUEST NO. 6:** All personnel rules or regulations that have applied to Plaintiff, whether given to Plaintiff directly, or given to Plaintiff's supervisor or manager to apply.

**RESPONSE:**

**REQUEST NO. 7:** All employee handbooks or manuals which were given to Plaintiff at any time during employment, including any revisions thereto.

**RESPONSE:**

**REQUEST NO. 8:** All documents related, regarding or pertaining to Plaintiff's wages, earnings, salary and/or benefits, including but not limited to all pay stubs, payroll records, work schedule(s) and/or records of hours worked.

**RESPONSE:**

**REQUEST NO. 9:** All documents related to any asserted or perceived poor performance by Plaintiff, including, but not limited to, documents referring or pertaining to any performance improvement plan, warning, or coaching provided to Plaintiff regarding her performance.

**RESPONSE:**

**REQUEST NO. 10:** The most recent federal income tax return and financial

Page 4 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit C
Page 4 of 10

statement(s) for Defendant.

**RESPONSE:**

**REQUEST NO. 11:** Any liability insurance policy which may provide any coverage whatsoever to Defendant for any claim asserted in the operative Complaint, including the policy declarations and binder.

**RESPONSE:**

**REQUEST NO. 12:** All documents pertaining in any way to any agreement, promise, request, or demand that Defendant or its insurance carrier(s) pay or be required to pay any sum in contribution to defense costs for Defendant.

**RESPONSE:**

**REQUEST NO. 13:** All documents pertaining in any way to the conditions under which Defendant is being provided a defense by any entity or individual, including without limitation all documents stating or referring to a "reservation of rights."

**RESPONSE:**

**REQUEST NO. 14:** All documents that support any of Defendant's pleaded defenses.

**RESPONSE:**

**REQUEST NO. 15:** All documents regarding, related or pertaining to Plaintiff's 2018 workplace injury, Plaintiff's report to Defendant of a workplace injury, and/or Plaintiff's workers' compensation claim. This request includes, but is not limited to, any and all correspondence between any employee or agent of Defendant and any other person that

Page 5 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

**BUSSE & HUNT**
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit C
Page 5 of 10

1  mention, name, note, or refer to Plaintiff.

2  **RESPONSE:**

3  **REQUEST NO. 16:** All correspondence, including but not limited to e-mails, that
4
5  mention, name, note, or refer to Plaintiff, which was not sent or received by Plaintiff.

6  **RESPONSE:**

7  **REQUEST NO. 17:** Any and all documents referring or pertaining to Plaintiff's
8
   physical and/or mental health, including but not limited to documents related or referring to
9
10 Plaintiff's PTSD or stress level. This request includes, but is not limited to, any and all
11 correspondence between any employee or agent of Defendant and any other person that
12 mention, name, note, or refer to Plaintiff.

13 **RESPONSE:**

14 **REQUEST NO. 18:** All documents establishing the names of employees of
15
   Defendant working in Oregon who have reported a workplace injury from January 1, 2017 to
16
17 present.

18 **RESPONSE:**

19 **REQUEST NO. 19:** All documents that establish how each employee's employment
20 ended who is identified in documents responsive to Request No. 18.
21
   **RESPONSE:**
22
23 **REQUEST NO. 20:** Any Oregon Occupational Safety and Health Administration

24 ("OSHA") records that list employees injured on the job at Defendant from January 1, 2017

25 to present.

26

Page   6  - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit C
Page 6 of 10

1    **RESPONSE**:

2    **REQUEST NO. 21:** Any workers' compensation insurance policy which may
3    provide any coverage whatsoever to Defendant for any claim asserted by any employee who
4    is injured while working for Defendant, including the policy declarations, binder,
5    amendments and addenda enforceable since January 1, 2017.
6    

7    **RESPONSE**:

8    **REQUEST NO. 22:** All documents containing the name, last known telephone
9    number, physical address and/or e-mail address of any person or persons having information
10   or knowledge relating in any way to the allegations in Plaintiff's Complaint.
11   

12   **RESPONSE**:

13   **REQUEST NO. 23:** All documents including, but not limited to, correspondence,
14   memoranda, notes, affidavits, declarations, statements, and e-mails that concern, refer, or
15   relate to the subject matter of this lawsuit which Defendant or Defendant's agents have sent
16   to or received from any person or persons having information or knowledge relating in any
17   way to the allegations in Plaintiff's Complaint.
18   

19   **RESPONSE**:

20   **REQUEST NO. 24:** Any statement, whether handwritten, typed, electronically
21   recorded, or otherwise recorded concerning any interviews of persons with information or
22   knowledge relating to the allegations in Plaintiff's Complaint.
23   

24   **RESPONSE**:

25   **REQUEST NO. 25:** All documents reviewed or consulted during the decision-
26   

Page 7 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit C
Page 7 of 10

1 making process that resulted in Plaintiff's termination.

2     **RESPONSE**:

3     **REQUEST NO. 26**: All documents regarding, related, or pertaining to available
4
5 positions with Defendant from July 11, 2018 to present, including, but not limited to internal

6 and/or external job postings.

7     **RESPONSE**:

8     **REQUEST NO. 27**: Any document that references, reflects or is related to
9
10 Defendant's awareness of Plaintiff's medical condition(s).

11     **RESPONSE**:

12     **REQUEST NO. 28**: Any document that references, reflects or is related to

13 Defendant's awareness of any request for accommodation made by Plaintiff.

14     **RESPONSE**:

15     **REQUEST NO. 29**: All documents that relate to Defendant's awareness, if any, of
16
17 any medical condition Plaintiff had while employed, including but not limited to PTSD

18 and/or a hand, wrist, or arm condition.

19     **RESPONSE**:

20     **REQUEST NO. 30**: All documents related to all attempts by Defendant, if any, to
21
22 accommodate any disability Plaintiff had.

23     **RESPONSE**:

24     **REQUEST NO. 31**: All documents related to any request by Plaintiff to work with

25 modified job duties.

26

Page 8 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit C
Page 8 of 10

1  **RESPONSE:**

2  **REQUEST NO. 32:** All documents related to or reflecting any request for accommodation made by Plaintiff due to any identified medical condition.

**RESPONSE:**

**REQUEST NO. 33:** Any document related to any accommodation Defendant provided, if any, or considered providing to Plaintiff for any medical condition, including but not limited to reassignment to another position.

**RESPONSE:**

**REQUEST NO. 34:** All documents that consist of, relate to, or reflect any and all communications between Plaintiff and Defendant's Human Resources.

**RESPONSE:**

**REQUEST NO. 35:** All documents that consist of, relate to, or reflect any and all communications between Defendant's Human Resources and any and all members of management that mention or relate to Plaintiff and/or Plaintiff's employment.

**RESPONSE:**

**REQUEST NO. 36:** All documents including, but not limited to, correspondence, memoranda, notes, and e-mails kept by any member of management or Human Resources which mention, note, or relate to Plaintiff, Plaintiff's employment, Plaintiff's work place injury, and/or Plaintiff's PTSD.

**RESPONSE:**

/ / / /

Page   9  - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit C
Page 9 of 10

## PROCEDURE

A.  Produce all documents in your possession, custody or control. If you are unable to produce any document requested, state the location of the document and the name of the person or organization in possession of the document.

B.  This request is a continuing request up to and through the trial of this case and shall require production of after-acquired documents, within ten (10) working days of their discovery, by Defendant until thirty (30) days before any date set for trial of this case, and shall require immediate production of after-acquired documents during the thirty (30) day period prior to trial.

DATED this 23rd day of December, 2019.

BUSSE & HUNT

_____
KIRSTEN RUSH, OSB #124426
Telephone:  (503) 248-0504
Facsimile:   (504) 248-2131
*krush@busseandhunt.com*
Of Attorneys for Plaintiff Marcia Walker

Page   10 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

**BUSSE & HUNT**
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit C
Page 10 of 10